**Order entered January 24, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01365-CV

### JOHN C. MCCONNELL, M.D., Appellant

### V.

### COVENTRY HEALTH CARE NATIONAL NETWORK AND FIRST HEALTH GROUP CORP. AND LIBERTY MUTUAL INSURANCE COMPANY, Appellees

### On Appeal from the 298th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 11-09509

## ORDER

We **GRANT** appellant's January 22, 2014 second unopposed motion for extension of time to file appellant's brief and **ORDER** the brief be filed no later than February 23, 2014. Appellant is cautioned that no further extensions will be granted absent exigent circumstances.

We **DENY** as moot appellant's December 20, 2013 extension motion.

/s/     ELIZABETH LANG-MIERS
        JUSTICE